GOTTLOB GUNTHER *v.* RUDOLPH MAYER et al., Responuents;
MANNING, MAXWELL AND MOORE et al., Appellants.

(Argued June 5, 1893; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 14, 1893, which reversed an order of Special Term confirming the report of a referee in proceedings to determine as to the disposition of surplus moneys arising on sale herein.

*P. Q. Eckerson* and *Frederic G. Dow* for appellants.

*Thomas Allison* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.